## Commonwealth *v.* White, Appellant.

Argued March 22, 1967. *Irvin Graybill, Jr.,* for appellant; *Harry L. Wilcox,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Williams, Appellant.

Argued March 21, 1967. *John Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.